IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ROSALIA and GERARDO CASTILLO,
individually and as Husband and Wife,

       Plaintiffs,

v.                                                               No. 1:12-CV-00810 CG/KBM

THE UNITED STATES OF AMERICA; TRACE, INC.,
a foreign corporation; OVERSEAS SERVICE
CORPORATION, a foreign corporation; TOP
GUN,INC., a foreign corporation; ACOSTA,
an unknown entity; PRIME TEAM SERVICES,
a foreign corporation; ANTONIO GONZALES;
FELICIA MEDINA, JANE & JOHN DOES 1-10
and BLACK & WHITE CORPORATIONS, 1-10,

       Defendants.

_____

STIPULATED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

        Comes now the putative parties, Plaintiffs and Prime Team Services, and do hereby stipulate to an extension through and until October 26, 2012 for Prime Time to answer or otherwise respond to the Plaintiffs' Complaint. This Order is without prejudice to the rights of Defendant to raise any defense.

                                                 _____
                                        UNITED STATES CHIEF MAGISTRATE JUDGE

SUBMITTED BY:

SIMONE, ROBERTS & WEISS, P.A.


By/s/Randal W. Roberts
      Randal W. Roberts
Attorneys for Prime Team Services

<u>APPROVED BY</u>:

BARUDIN LAW FIRM, P.C.


By<u>*/s/Ted Barudin 10-1-12*</u>
       Ted Barudin
Attorneys for Plaintiff